(Official Form 1)(12/03)

| United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**East 44th Realty, LLC** | Name of Joint Debtor(Spouse)(Last, First, Middle): |
|---|---|
| All Other Names Used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names Used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or Tax I.D.<br>No. (if more than one, state all): 43-197-2980 | Last four digits of Soc. Sec. No. / Complete EIN or Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (including zip code):<br>12 East 37 Street<br>New York, NY 10016 | Street Address of Joint Debtor (including zip code): |
| County of Residence or of the<br>Principal Place of Business: New York | County of Residence or Principal Place of Business:<br>Principal Place of Business: New York |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor    230 East 44 Street, NY, NY 10017<br>(if different from street address): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**    (Check all boxes that apply)<br>☐ Individual(s)         ☐ Railroad<br>☒ Corporation         ☐ Stockbroker<br>☐ Partnership         ☐ Commodity Broker<br>☐ Other ___0___ | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed**    (Check one box)<br>☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts**    (Check one box)<br>☐ Consumer/Non-Business    ☒ Business | **Filing Fee**    (Check one box)<br>☒ Full Filing Fee attached |
| **Chapter 11 Small Business**    (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only).<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form. |

| Statistical/Administrative Information    (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
☐ 1-15    ☒ 16-49    ☐ 50-99    ☐ 100-199    ☐ 200-999    ☐ 1000-over

Estimated Assets
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Debts
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

(Official Form 1)(12/03) FORM B1, Page 2

| VOLUNTARY PETITION | Name of Debtor(s):  East 44th Realty, LLC |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**SIGNATURES**

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____  8- 5-2005
Signature of Debtor                    Date

_____  8- 5-2005
Signature of Co-Debtor                 Date

**Signature of Attorney**

/s/ Warren R. Graham (WG-7415)
Signature of Attorney
State Bar Member Number:

8- 5-2005
Date

Street Address:
  Davidoff Malito & Hutcher, LLP
  605 Third Avenue, 34th Floor
  New York, NY 10158
Telephone Number:
  212-557-7200

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

/s/ Yusuf Bildirici                    8- 5-2005
Signature of Authorized Individual     Date

Yusuf Bildirici,
Printed Name of Authorized Individual

Managing Member
Title of Authorized Individual

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

/s/ Warren R. Graham (WG-7415)         8- 5-2005
Signature of Attorney                  Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

                                       8- 5-2005
Signature of Petition Preparer         Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

In re:  East 44th Realty, LLC  Case No. _____
        **Debtor**                                    (if known)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $25,000,000.00 | | |
| B - Personal Property | Yes | 5 | $737,872.86 | | |
| C - Property Claimed as Exempt | No | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $12,872,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $3,645.52 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $252,914.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 2 | | | $0.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| | | Total Assets | $25,737,872.86 | | |
| | | Total Liabilities | | $13,128,560.15 | |

Official Form 4
11/92

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re East 44th Realty, LLC,      Case No. _____
       Debtor                                        Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| State Insurance Fund<br>199 Church Street<br>New York, 10007 | | | | $1,325..52 |
| B&F Imports Inc.<br>12 East 37th Street<br>New York, NY 10016 | | | | $30,753.62 |
| Big Apple Refinishing<br>980 Broadway - Suite 535<br>Thornwood, NY 10594 | | | | $270.93 |
| Borah, Goldstein, Altschuler,<br> Schwartz & Nahins, P.C.<br>377 Broadway<br>New York, NY 10013 | | | Disputed | $16,516.81 |
| Con Edison<br>JAF Station<br>P. O. Box 1702<br>New York, NY 10116 | | | | $3,448.87 |
| Con Edison – Steam<br>JAF Building<br>P. O. Box 1701<br>New York, NY 10116 | | | | $3,421.03 |
| Davidoff Malito & Hutcher, LLP | | | | $12,649.00 |

00330927

| | | |
|---|---|---|
| 605 Third Avenue, 34th Floor<br>NY, NY 10158 | | |
| Dmitry Kroshka (Tenant)<br>230 East 44th Street<br>New York, NY 10017 | | $1,288.71 |
| East Forty Fourth St. (Tofel & Karen)<br>800 Third Avenue<br>New York, NY 10022 | Disputed | $159,777.18 |
| Every Supply Co.<br>615 South Columbus Avenue<br>Mount Vernon, NY 10550 | | $1,612.13 |
| Father and Son Appliances<br>2289 Motor Parkway<br>Ronkonkoma, NY 11779 | | $1,649.43 |
| Ghada M. Elmahdy (Tenant)<br>230 East 44th Street<br>New York, NY 10017 | | $500.00 |
| H. Gottlieb and Amy Miller (Tenant)<br>230 East 44th Street<br>New York, NY 10017 | | $2,550.00 |
| Ikuyo Yoneyama (Tenant)<br>230 East 44th Street<br>New York, NY 10017 | | $1,625.00 |
| Jhansi Raju (Tenant)<br>230 East 44th Street<br>New York, NY 10017 | | $2,200.00 |
| Leonard Power Steam Specialist<br>519 West 27th Street<br>New York, NY 10001 | | $243.84 |
| Merit Kaplan Hardware<br>237 East 44th Street<br>New York, NY 10017 | | $729.62 |
| NYC Water Board<br>P.O. Box 410 Church Street Station<br>NY, NY 10018 | Disputed/conting | $10,936.02 |

00330927

Nathaniel Whitten (Tenant)                                                $1,700.00
230 East 44th Street
New York, NY 10017

The Bag Lady                                                              $315.00
P. O. Box 5008
South Hackensack, NJ 07606

Date: August 5, 2005

/s/ Yusuf Bildirici
Debtor by Yusuf Bildirci, Managing Member

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, managing member of East 44th Realty, LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: August 5, 2005

Signature    /s/ Yusuf Bildirici
Yusuf Bildirici, Managing Member

00330927