# AMENDMENT
# EAST 44 REALTY, LLC.

## POST PETITION
## Outstanding Invoices
## AS OF 09/30/05

Report Date 30-Sep-05

Page 1

| Invoice No | Batch # | Inv | Invoice Date | DueDate | Invoice Amount | Paid Amount | O/S Balance | Check No. | Check Date | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **EAST 44 REALTY, LLC.** | | | | | | | | | | |
| **A&N Flooring Co., Inc.** | | | | | | | | | | |
| 4263 | 24827 | EAST44 | 8-Sep-05 | 8-Oct-05 | $488.01 | $325.88 | $162.13 | 2122 | 9/23/05 | $325.88 |
| 5183 | 24827 | EAST44 | 31-Aug-05 | 30-Sep-05 | $454.05 | $325.87 | $128.18 | 2122 | 9/23/05 | $325.87 |
| | | | ** Vendor Total ** | | $942.06 | $651.75 | $290.31 | | | |
| **AAA Superior Pest Controll** | | | | | | | | | | |
| 219540 | 24831 | EAST44 | 15-Aug-05 | 14-Sep-05 | $86.90 | $0.00 | $86.90 | | | |
| | 219690 | EAST44 | 6-Sep-05 | 6-Oct-05 | $86.90 | $0.00 | $86.90 | | | |
| | 219846 | EAST44 | 19-Sep-05 | 19-Oct-05 | $88.00 | $0.00 | $88.00 | | | |
| | | | ** Vendor Total ** | | $261.80 | $0.00 | $261.80 | | | |
| **B&F Imports Inc.** | | | | | | | | | | |
| 108B | 26838 | EAST44 | 31-Aug-05 | 30-Sep-05 | $3,030.15 | $0.00 | $3,030.15 | | | |
| 131A | 26839 | EAST44 | 26-Sep-05 | 26-Oct-05 | $2,911.43 | $0.00 | $2,911.43 | | | |
| | | | ** Vendor Total ** | | $5,941.58 | $0.00 | $5,941.58 | | | |
| **Borah,Goldstein,Altschuler,Sch** | | | | | | | | | | |
| 382137 | 24833 | EAST44 | 8-Aug-05 | 7-Sep-05 | $146.00 | $0.00 | $146.00 | | | |
| 382138 | 24833 | EAST44 | 8-Aug-05 | 7-Sep-05 | $146.00 | $0.00 | $146.00 | | | |
| 382139 | 24833 | EAST44 | 8-Aug-05 | 7-Sep-05 | $146.00 | $0.00 | $146.00 | | | |
| 382140 | 24833 | EAST44 | 8-Aug-05 | 7-Sep-05 | $146.00 | $0.00 | $146.00 | | | |
| 387918 | 24833 | EAST44 | 31-Aug-05 | 30-Sep-05 | $604.20 | $0.00 | $604.20 | | | |
| 388005 | 24833 | EAST44 | 31-Aug-05 | 30-Sep-05 | $60.00 | $0.00 | $60.00 | | | |
| 391260 | 25416 | EAST44 | 30-Sep-05 | 30-Oct-05 | $166.60 | $0.00 | $166.60 | | | |
| 391932 | 25416 | EAST44 | 30-Sep-05 | 30-Oct-05 | $120.80 | $0.00 | $120.80 | | | |
| 391986 | 25416 | EAST44 | 30-Sep-05 | 30-Oct-05 | $45.40 | $0.00 | $45.40 | | | |
| 391987 | 25416 | EAST44 | 30-Sep-05 | 30-Oct-05 | $15.00 | $0.00 | $15.00 | | | |
| | | | ** Vendor Total ** | | $1,596.00 | $0.00 | $1,596.00 | | | |
| **Con Edison - Steam** | | | | | | | | | | |
| 8/1-8/22 | 25114 | EAST44 | 22-Aug-05 | 21-Sep-05 | $1,274.63 | $0.00 | $1,274.63 | | | |

# AMENDMENT

## EAST 44 REALTY, LLC.

### POST PETITION
### Oustanding Invoices
### AS OF 09/30/05

Report Date 30-Sep-05

Page 2

| Invoice No | Batch # | Inv | Invoice Date | DueDate | Invoice Amount | Paid Amount | O/S Balanc | Check No. | Check Date | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/22-8/31 | 25118 | EAST44 | 31-Aug-05 | 30-Sep-05 | $1,001.53 | $0.00 | $1,001.53 | | | |
| 9/1-9/21 | 25118 | EAST44 | 21-Sep-05 | 21-Oct-05 | $2,103.21 | $0.00 | $2,103.21 | | | |
| 9/22-9/30 | 25118 | EAST44 | 30-Sep-05 | 30-Oct-05 | $1,000.00 | $0.00 | $1,000.00 | | | |
| **Con Edison** | | | ** Vendor Total ** | | $5,379.37 | | $5,379.37 | | | |
| 8/06-8/31 | 25144 | EAST44 | 31-Aug-05 | 30-Sep-05 | $3,491.14 | $0.00 | $3,491.14 | | | |
| **Exact Meter Reading** | | | ** Vendor Total ** | | $3,491.14 | | $3,491.14 | | | |
| 36355 | 24832 | EAST44 | 12-Aug-05 | 11-Sep-05 | $98.00 | $0.00 | $98.00 | | | |
| **Father and Son Appliances** | | | ** Vendor Total ** | | $98.00 | | $98.00 | | | |
| 812 | 24826 | EAST44 | 16-Aug-05 | 15-Sep-05 | $157.14 | $0.00 | $157.14 | | | |
| 815 | 24826 | EAST44 | 16-Aug-05 | 15-Sep-05 | $204.83 | $0.00 | $204.83 | | | |
| 846 | 24826 | EAST44 | 30-Aug-05 | 29-Sep-05 | $172.32 | $0.00 | $172.32 | | | |
| 847 | 24826 | EAST44 | 16-Aug-05 | 15-Sep-05 | $189.66 | $0.00 | $189.66 | | | |
| 853 | 24826 | EAST44 | 7-Sep-05 | 7-Oct-05 | $189.66 | $0.00 | $189.66 | | | |
| 908 | 24826 | EAST44 | 10-Aug-05 | 9-Sep-05 | $200.49 | $0.00 | $200.49 | | | |
| **Matias Campana** | | | ** Vendor Total ** | | $1,114.10 | | $1,114.10 | | | |
| Sep14-301 | 24342 | EAST44 | 14-Sep-05 | 14-Sep-05 | $1,014.79 | $0.00 | $1,014.79 | | | |
| **NYC Fire Department** | | | ** Vendor Total ** | | $1,014.79 | | $1,014.79 | | | |
| 440743 | 24832 | EAST44 | 17-Aug-05 | 16-Sep-05 | $105.00 | $0.00 | $105.00 | | | |
| **Pro Elevator Inc.** | | | ** Vendor Total ** | | $105.00 | | $105.00 | | | |
| 5996 | 24828 | EAST44 | 1-Sep-05 | 1-Oct-05 | $704.44 | $0.00 | $704.44 | | | |
| | | | ** Vendor Total ** | | $704.44 | | $704.44 | | | |

# AMENDMENT
# EAST 44 REALTY, LLC.

## POST PETITION
## Oustanding Invoices
## AS OF 09/30/05

Report Date 30-Sep-05

Page 3

| Invoice No | Batch # | Inv | Invoice Date | DueDate | Invoice Amount | Paid Amount | O/S Balanc | Check No. | Check Date | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **Realty Advisory Board On Labor** | | | | | | | | | | |
| 1-Sep | 24833 | EAST44 | 1-Sep-05 | 1-Oct-05 | $225.00 | $0.00 | $225.00 | | | |
| | | | ** Vendor Total ** | | $225.00 | $0.00 | $225.00 | | | |
| **Symphany Cleaners Inc.** | | | | | | | | | | |
| 8/31/05 | 24833 | EAST44 | 31-Aug-05 | 30-Sep-05 | $165.21 | $0.00 | $165.21 | | | |
| 9/30/05 | 24833 | EAST44 | 30-Sep-05 | 30-Oct-05 | $124.57 | $0.00 | $124.57 | | | |
| | | | ** Vendor Total ** | | $289.78 | $0.00 | $289.78 | | | |
| **The State Insurance Fund** | | | | | | | | | | |
| 08/30-09/29 | 24894 | EAST44 | 29-Sep-05 | 29-Oct-05 | $669.47 | $0.00 | $669.47 | | | |
| | | | ** Vendor Total ** | | $669.47 | $0.00 | $669.47 | | | |
| **Verizon** | | | | | | | | | | |
| 9/25/05 | 24832 | EAST44 | 25-Sep-05 | 25-Oct-05 | $66.35 | $0.00 | $66.35 | | | |
| | | | ** Vendor Total ** | | $66.35 | $0.00 | $66.35 | | | |
| **William Arce** | | | | | | | | | | |
| 30-Sep | 24862 | EAST44 | 30-Sep-05 | 30-Oct-05 | $119.69 | $0.00 | $119.69 | | | |
| | | | ** Vendor Total ** | | $119.69 | $0.00 | $119.69 | | | |
| | | | *** Building Total *** | | $19,666.13 | $651.75 | $21,366.82 | | | |