# POST PETITION
## Oustanding Invoices
### AS OF 10/31/05

Report Date 31-Oct-05

Page 1

**AMENDMENT**

**EAST 44 REALTY, LLC.**

| Invoice No | Batch # | | Invoice Date | DueDate | Invoice Amount | Paid Amount | O/S Balanc | Check No. | Check Amount |
|---|---|---|---|---|---|---|---|---|---|
| **EAST 44 REALTY, LLC.** | | | | | | | | | |
| **A&N Flooring Co., Inc.** | | | | | | | | | |
| 5183 | 24627 | EAST44 | 31-Aug-05 | 30-Sep-05 | $454.05 | $325.87 | $128.18 | | |
| | | | ** Vendor Total ** | | $454.05 | $325.87 | $128.18 | | |
| **AAA Superior Pest Controll** | | | | | | | | | |
| 219540 | 219846 | EAST44 | 19-Sep-05 | 19-Oct-05 | $88.00 | $0.00 | $88.00 | | |
| 21955 | 25869 | EAST44 | 3-Oct-05 | 3-Nov-05 | $88.00 | $0.00 | $88.00 | | |
| 22044 | 25869 | EAST44 | 17-Oct-05 | 17-Nov-05 | $86.70 | $0.00 | $86.70 | | |
| | | | ** Vendor Total ** | | $262.70 | $0.00 | $262.70 | | |
| **Amee Carothers** | | | | | | | | | |
| Oct-31-647 | 25913 | EAST44 | 10/31/05 | 11/30/05 | $1,750.00 | $0.00 | $1,750.00 | | |
| | | | ** Vendor Total ** | | $1,750.00 | $0.00 | $1,750.00 | | |
| **B&F Imports Inc.** | | | | | | | | | |
| 108B | 26838 | EAST44 | 8/31/05 | 9/30/05 | $3,030.15 | $0.00 | $3,030.15 | | |
| 131A | 26839 | EAST44 | 9/26/05 | 10/26/05 | $2,911.43 | $0.00 | $2,911.43 | | |
| 148A | 26839 | EAST44 | 10/31/05 | 11/30/05 | $2,918.38 | $0.00 | $2,918.38 | | |
| | | | ** Vendor Total ** | | $8,859.96 | $0.00 | $8,859.96 | | |
| **Borah,Goldstein,Altschuler,Sch** | | | | | | | | | |
| 382137 | 24833 | EAST44 | 8-Aug-05 | 7-Sep-05 | $146.00 | $0.00 | $146.00 | | |
| 382138 | 24833 | EAST44 | 8-Aug-05 | 7-Sep-05 | $146.00 | $0.00 | $146.00 | | |
| 382139 | 24833 | EAST44 | 8-Aug-05 | 7-Sep-05 | $146.00 | $0.00 | $146.00 | | |
| 382140 | 24833 | EAST44 | 8-Aug-05 | 7-Sep-05 | $146.00 | $0.00 | $146.00 | | |
| 387918 | 24833 | EAST44 | 31-Aug-05 | 30-Sep-05 | $604.20 | $0.00 | $604.20 | | |
| 388005 | 24833 | EAST44 | 31-Aug-05 | 30-Sep-05 | $60.00 | $0.00 | $60.00 | | |

POST PETITION
Oustanding Invoices
AS OF 10/31/05

Report Date 31-Oct-05

Page 2

## AMENDMENT
## EAST 44 REALTY, LLC.

| Invoice No | Batch # | | Invoice Date | DueDate | Invoice Amount | Paid Amount | O/S Balanc | Check No. | Check Amount |
|---|---|---|---|---|---|---|---|---|---|
| 391260 | 25416 | EAST44 | 30-Sep-05 | 30-Oct-05 | $166.60 | $0.00 | $166.60 | | |
| 391932 | 25416 | EAST44 | 30-Sep-05 | 30-Oct-05 | $120.80 | $0.00 | $120.80 | | |
| 391986 | 25416 | EAST44 | 30-Sep-05 | 30-Oct-05 | $45.40 | $0.00 | $45.40 | | |
| 391987 | 25416 | EAST44 | 30-Sep-05 | 30-Oct-05 | $15.00 | $0.00 | $15.00 | | |
| 395738 | 26866 | EAST44 | 31-Oct-05 | 30-Nov-05 | $60.20 | $0.00 | $60.20 | | |
| 374162 | 26866 | EAST44 | 31-Oct-05 | 30-Nov-05 | $261.80 | $0.00 | $261.80 | | |
| **\*\* Vendor Total \*\*** | | | | | **$1,918.00** | **$0.00** | **$1,918.00** | | |
| **Con Edison - Steam** | | | | | | | | | |
| 9/1-9/21 | 25118 | EAST44 | 21-Sep-05 | 21-Oct-05 | $2,103.21 | $2,100.21 | $3.00 | 1012 | 2100.21 |
| 9/22-9/30 | 25118 | EAST44 | 30-Sep-05 | 30-Oct-05 | $1,000.00 | $0.00 | $1,000.00 | | |
| 10/1-10/20 | 25899 | EAST44 | 20-Oct-05 | 19-Nov-05 | $3,342.00 | $0.00 | $3,342.00 | | |
| **\*\* Vendor Total \*\*** | | | | | **$6,445.21** | **$2,100.21** | **$4,345.00** | | |
| **Con Edison** | | | | | | | | | |
| 10/01-10/31/05 | 25899 | EAST44 | 31-Oct-05 | 30-Nov-05 | $4,175.14 | $0.00 | $4,175.14 | | |
| 10/27/10/31 | 26746 | EAST44 | 31-Oct-05 | 30-Nov-05 | $638.13 | $0.00 | $638.13 | | |
| 9/28-10/27 | 26871 | EAST44 | 27-Oct-05 | 27-Nov-05 | $1,373.42 | $0.00 | $1,373.42 | | |
| **\*\* Vendor Total \*\*** | | | | | **$6,186.69** | **$0.00** | **$6,186.69** | | |
| **Exact Meter Reading** | | | | | | | | | |
| 36355 | 24832 | EAST44 | 12-Aug-05 | 11-Sep-05 | $98.00 | $0.00 | $98.00 | | |
| **\*\* Vendor Total \*\*** | | | | | **$98.00** | **$0.00** | **$98.00** | | |
| **Jamie Monoca & Laura Fiorini** | | | | | | | | | |
| Oct-31-514 | 25912 | EAST44 | 10/31/05 | 11/30/05 | $2,250.00 | $0.00 | $2,250.00 | | |
| **\*\* Vendor Total \*\*** | | | | | **$2,250.00** | **$0.00** | **$2,250.00** | | |
| **Merit Kaplan Hardware** | | | | | | | | | |
| 112959 | 25911 | EAST44 | 5-Oct-05 | 4-Nov-05 | $681.83 | $0.00 | $681.83 | | |

**AMENDMENT**
**EAST 44 REALTY, LLC.**

## POST PETITION
## Outstanding Invoices
## AS OF 10/31/05

Report Date 31-Oct-05

Page 3

| Invoice No | Batch # | Invoice Date | DueDate | Invoice Amount | Paid Amount | O/S Balance | Check No. | Check Amount |
|---|---|---|---|---|---|---|---|---|
| 114219 | 25911 EAST44 | 27-Oct-05 | 26-Oct-05 | $78.84 | $0.00 | $78.84 | | |
| **\*\* Vendor Total \*\*** | | | | $760.67 | $0.00 | $760.67 | | |
| **NYC Water Board** | | | | | | | | |
| 600009-59210-001 | 25915 EAST44 | 10/29/05 | 11/28/05 | $117.29 | $0.00 | $117.29 | | |
| **\*\* Vendor Total \*\*** | | | | $117.29 | $0.00 | $117.29 | | |
| **Symphany Cleaners Inc.** | | | | | | | | |
| 10/31/05 | 25908 EAST44 | 31-Oct-05 | 30-Nov-05 | $150.47 | $0.00 | $150.47 | | |
| **\*\* Vendor Total \*\*** | | | | $150.47 | $0.00 | $150.47 | | |
| **The State Insurance Fund** | | | | | | | | |
| 9/30-10/31 | 25908 EAST44 | 31-Oct-05 | 30-Nov-05 | $669.47 | $0.00 | $669.47 | | |
| **\*\* Vendor Total \*\*** | | | | $669.47 | $0.00 | $669.47 | | |
| **U.S Trustee Program Payment Center** | | | | | | | | |
| 081-05-16167 | 25917 EAST44 | 10/7/05 | 11/6/05 | $3,750.00 | $0.00 | $3,750.00 | | |
| **\*\* Vendor Total \*\*** | | | | $3,750.00 | $0.00 | $3,750.00 | | |
| **Record Press** | | | | | | | | |
| A68112 | 26867 EAST44 | 17-Oct-05 | 16-Nov-05 | $915.77 | $0.00 | $915.77 | | |
| A68813 | 26867 EAST44 | 17-Oct-05 | 16-Nov-05 | $3,259.38 | $0.00 | $3,259.38 | | |
| **\*\* Vendor Total \*\*** | | | | $4,175.15 | $0.00 | $4,175.15 | | |
| **Verizon** | | | | | | | | |
| 10/25/05 | 25908 EAST44 | 25-Oct-05 | 24-Nov-05 | $61.42 | $0.00 | $61.42 | | |
| **\*\* Vendor Total \*\*** | | | | $61.42 | $0.00 | $61.42 | | |
| **\*\*\* Building Total \*\*\*** | | | | $37,909.08 | $2,426.08 | $35,483.00 | | |

## EAST 44 REALTY, LLC.

### PRE PETITION
### Oustanding Invoices
### AS OF 10/31/05

Report Date 31-Oct-05

Page 1

| Invoice No | Batch # | | Invoice Date | DueDate | Invoice Amount | Paid Amount | O/S Balanc No. | Check No. | Check Date | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **EAST 44 REALTY, LLC.** | | | | | | | | | | |
| **A&N Flooring Co., Inc.** | | | | | | | | | | |
| 5117 | 25026 | EAST44 | 6-Jul-05 | 5-Aug-05 | $434.50 | $0.00 | $434.50 | | | |
| 5193 | 25026 | EAST44 | 27-Jul-05 | 26-Aug-05 | $434.50 | $0.00 | $434.50 | | | |
| 5193A | 25026 | EAST44 | 27-Jul-05 | 26-Aug-05 | $488.81 | $0.00 | $488.81 | | | |
| 5201 | 25031 | EAST44 | 1-Aug-05 | 31-Aug-05 | $325.88 | $325.88 | $0.00 | | | |
| | | ** Vendor Total ** | | | $1,683.69 | $325.88 | $1,357.81 | | | |
| **AAA Superior Pest Controll** | | | | | | | | | | |
| 218519 | 23005 | EAST44 | 4-Apr-05 | 4-May-05 | $86.90 | $0.00 | $86.90 | | | |
| 218954 | 23005 | EAST44 | 6-Jun-05 | 6-Jul-05 | $86.90 | $0.00 | $86.90 | | | |
| 219107 | 23005 | EAST44 | 20-Jun-05 | 20-Jul-05 | $86.90 | $0.00 | $86.90 | | | |
| 219184 | 25040 | EAST44 | 5-Jul-05 | 4-Aug-05 | $86.90 | $0.00 | $86.90 | | | |
| 219287 | 25040 | EAST44 | 18-Jul-05 | 17-Aug-05 | $86.90 | $0.00 | $86.90 | | | |
| 219424 | 25040 | EAST44 | 1-Aug-05 | 31-Aug-05 | $86.90 | $0.00 | $86.90 | | | |
| | | ** Vendor Total ** | | | $521.40 | $0.00 | $521.40 | | | |
| **B&F Imports Inc.** | | | | | | | | | | |
| 74 | 23064 | EAST44 | 16-Jun-05 | 16-Jul-05 | $20,481.03 | $15,156.03 | $5,325.00 | 2051 | 16-Jun-05 | $15,156.03 |
| 93 | 23065 | EAST44 | 25-Jul-05 | 24-Aug-05 | $25,428.62 | $0.00 | $25,428.62 | | | |
| | | ** Vendor Total ** | | | $45,909.65 | $15,156.03 | $30,753.62 | | | |
| **Big Apple Refinishing** | | | | | | | | | | |
| 16799 | 23005 | EAST44 | 1-Jul-05 | 31-Jul-05 | $270.93 | $0.00 | $270.93 | | | |
| | | ** Vendor Total ** | | | $270.93 | $0.00 | $270.93 | | | |
| **Borah,Goldstein,Altschuler,Sch** | | | | | | | | | | |
| 346834 | 17972 | EAST44 | 31-Oct-04 | 30-Nov-04 | $477.50 | $27.50 | $450.00 | 1832 | Void | $505.00 |
| 367127 | 23021 | EAST44 | 31-Mar-05 | 30-Apr-05 | $13,117.60 | $10,000.00 | $3,117.60 | 1952 | 18-Mar-05 | $10,000.00 |
| 371175 | 23021 | EAST44 | 30-Apr-05 | 30-May-05 | $623.50 | $0.00 | $623.50 | | | |

# PRE PETITION
## Oustanding Invoices
### AS OF  10/31/05

Report Date 31-Oct-05

Page 2

### EAST 44 REALTY, LLC.

| Invoice No | Batch # | | Invoice Date | DueDate | Invoice Amount | Paid Amount | O/S Balanc | Check No. | Check Date | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 371272 | 23021 | EAST44 | 30-Apr-05 | 30-May-05 | $7,966.05 | $0.00 | $7,966.05 | | | |
| 371955 | 23021 | EAST44 | 30-Apr-05 | 30-May-05 | $292.50 | $0.00 | $292.50 | | | |
| 373518 | 23021 | EAST44 | 1-Jun-05 | 1-Jul-05 | $70.00 | $0.00 | $70.00 | | | |
| 374934 | 23021 | EAST44 | 31-May-05 | 30-Jun-05 | $270.00 | $0.00 | $270.00 | | | |
| 375153 | 23021 | EAST44 | 31-May-05 | 30-Jun-05 | $141.00 | $0.00 | $141.00 | | | |
| 375250 | 23021 | EAST44 | 31-May-05 | 30-Jun-05 | $2,347.50 | $0.00 | $2,347.50 | | | |
| 375925 | 23021 | EAST44 | 31-May-05 | 30-Jun-05 | $442.66 | $0.00 | $442.66 | | | |
| 379407 | 23021 | EAST44 | 30-Jun-05 | 30-Jul-05 | $240.00 | $0.00 | $240.00 | | | |
| 379515 | 23021 | EAST44 | 30-Jun-05 | 30-Jul-05 | $50.00 | $0.00 | $50.00 | | | |
| 380279 | 23021 | EAST44 | 30-Jun-05 | 30-Jul-05 | $60.00 | $0.00 | $60.00 | | | |
| 380917 | 23021 | EAST44 | 19-Jul-05 | 18-Aug-05 | $146.00 | $0.00 | $146.00 | | | |
| 380956 | 23021 | EAST44 | 19-Jul-05 | 18-Aug-05 | $75.00 | $0.00 | $75.00 | | | |
| 380957 | 23021 | EAST44 | 19-Jul-05 | 18-Aug-05 | $75.00 | $0.00 | $75.00 | | | |
| 380958 | 23021 | EAST44 | 19-Jul-05 | 18-Aug-05 | $75.00 | $0.00 | $75.00 | | | |
| 380959 | 23021 | EAST44 | 19-Jul-05 | 18-Aug-05 | $75.00 | $0.00 | $75.00 | | | |
| 383240 | 25046 | EAST44 | 31-Jul-05 | 30-Aug-05 | $190.50 | $0.00 | $190.50 | | | |
| 383891 | 25046 | EAST44 | 31-Jul-05 | 30-Aug-05 | $67.50 | $0.00 | $67.50 | | | |
| **Vendor Total** | | | | | $26,802.31 | $10,027.50 | $16,774.81 | | | |

### Davidoff Malito & Hutcher LLP.

| Invoice No | Batch # | | Invoice Date | DueDate | Invoice Amount | Paid Amount | O/S Balanc | Check No. | Check Date | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 97502 | 23041 | EAST44 | 29-Jun-05 | 29-Jul-05 | $73,080.95 | $55,431.31 | $17,649.64 | | | |
| 98315 | 23410 | EAST44 | 31-Jul-05 | 30-Aug-05 | $12,099.77 | $0.00 | $12,099.77 | | | |
| **Vendor Total** | | | | | $85,180.72 | $55,431.31 | $29,749.41 | | | |

### East Forty Forth St. (Tofel Karen)

| Invoice No | Batch # | | Invoice Date | DueDate | Invoice Amount | Paid Amount | O/S Balanc | Check No. | Check Date | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/08/25- | 23275 | EAST44 | 28-Feb-05 | 30-Mar-05 | $3,650.00 | $0.00 | $3,650.00 | | | |
| 2/27/05 | 23276 | EAST44 | 28-Feb-05 | 30-Mar-05 | $54,440.00 | $0.00 | $54,440.00 | | | |
| 6/10/04 | 23274 | EAST44 | 1-Jan-05 | 31-Jan-05 | $12,606.30 | $0.00 | $12,606.30 | | | |
| 7/15/04 | 23274 | EAST44 | 1-Jan-05 | 31-Jan-05 | $9,454.11 | $0.00 | $9,454.11 | | | |
| 7/22/04 | 23274 | EAST44 | 1-Jan-05 | 31-Jan-05 | $7,100.00 | $0.00 | $7,100.00 | | | |
| 7/23/04 | 23274 | EAST44 | 1-Jan-05 | 31-Jan-05 | $1,207.25 | $0.00 | $1,207.25 | | | |

# PRE PETITION
## Oustanding Invoices
## AS OF 10/31/05

## EAST 44 REALTY, LLC.

Report Date 31-Oct-05

Page 3

| Invoice No | Batch # | | Invoice Date | DueDate | Invoice Amount | Paid Amount | O/S Balanc | Check No. | Check Date | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/27/04 | 23274 | EAST44 | 1-Jan-05 | 31-Jan-05 | $6,060.52 | $0.00 | $6,060.52 | | | |
| 9/30/04 | 23274 | EAST44 | 1-Jan-05 | 31-Jan-05 | $7,206.36 | $0.00 | $7,206.36 | | | |
| 10/31/04 | 23274 | EAST44 | 1-Jan-05 | 31-Jan-05 | $44,181.16 | $0.00 | $44,181.16 | | | |
| 10/31/04- | 23274 | EAST44 | 1-Jan-05 | 31-Jan-05 | $1,991.10 | $0.00 | $1,991.10 | | | |
| 11/30/04 | 23274 | EAST44 | 1-Jan-05 | 31-Jan-05 | $6,550.78 | $0.00 | $6,550.78 | | | |
| 12/31/04 | 23275 | EAST44 | 1-Jan-05 | 31-Jan-05 | $157.95 | $0.00 | $157.95 | | | |
| 12/31/04- | 23275 | EAST44 | 1-Jan-05 | 31-Jan-05 | $5,171.65 | $0.00 | $5,171.65 | | | |
| ** Vendor Total ** | | | | | $159,777.18 | $0.00 | $159,777.18 | | | |
| **Every Supply Co.** | | | | | | | | | | |
| 361910 | 23005 | EAST44 | 30-Jun-05 | 30-Jul-05 | $963.43 | $0.00 | $963.43 | | | |
| 361963 | 23005 | EAST44 | 5-Jul-05 | 4-Aug-05 | $78.96 | $0.00 | $78.96 | | | |
| 362260 | 23005 | EAST44 | 8-Jul-05 | 7-Aug-05 | $38.58 | $0.00 | $38.58 | | | |
| 362412 | 23005 | EAST44 | 11-Jul-05 | 10-Aug-05 | $243.19 | $0.00 | $243.19 | | | |
| 363225 | 23259 | EAST44 | 22-Jul-05 | 21-Aug-05 | $147.28 | $0.00 | $147.28 | | | |
| 363333 | 25050 | EAST44 | 25-Jul-05 | 24-Aug-05 | $91.97 | $0.00 | $91.97 | | | |
| 363695 | 25050 | EAST44 | 29-Jul-05 | 28-Aug-05 | $528.35 | $0.00 | $528.35 | | | |
| 582514 | 23005 | EAST44 | 8-Jul-05 | 7-Aug-05 | $140.69 | $0.00 | $140.69 | | | |
| ** Vendor Total ** | | | | | $2,232.45 | $0.00 | $2,232.45 | | | |
| **Father and Son Appliances** | | | | | | | | | | |
| 687 | 23005 | EAST44 | 14-Jun-05 | 14-Jul-05 | $43.34 | $0.00 | $43.34 | | | |
| 688 | 23005 | EAST44 | 14-Jun-05 | 14-Jul-05 | $178.82 | $0.00 | $178.82 | | | |
| 689 | 23005 | EAST44 | 14-Jun-05 | 14-Jul-05 | $43.34 | $0.00 | $43.34 | | | |
| 690 | 23005 | EAST44 | 14-Jun-05 | 14-Jul-05 | $172.32 | $0.00 | $172.32 | | | |
| 691 | 23005 | EAST44 | 14-Jun-05 | 14-Jul-05 | $178.82 | $0.00 | $178.82 | | | |
| 692 | 23005 | EAST44 | 14-Jun-05 | 14-Jul-05 | $43.34 | $0.00 | $43.34 | | | |
| 693 | 23005 | EAST44 | 14-Jun-05 | 14-Jul-05 | $178.82 | $0.00 | $178.82 | | | |
| 694 | 23347 | EAST44 | 14-Jun-05 | 14-Jul-05 | $178.82 | $0.00 | $178.82 | | | |
| 714 | 23005 | EAST44 | 22-Jun-05 | 22-Jul-05 | $200.49 | $0.00 | $200.49 | | | |
| 718 | 23005 | EAST44 | 23-Jun-05 | 23-Jul-05 | $189.66 | $0.00 | $189.66 | | | |

# PRE PETITION
## Oustanding Invoices
## AS OF 10/31/05

Report Date 31-Oct-05

Page 4

## EAST 44 REALTY, LLC.

| Invoice No | Batch # | | Invoice Date | DueDate | Invoice Amount | Paid Amount | O/S Balanc | Check No. | Check Date | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 719 | 23005 | EAST44 | 23-Jun-05 | 23-Jul-05 | $43.34 | $0.00 | $43.34 | | | |
| 721 | 23005 | EAST44 | 23-Jun-05 | 23-Jul-05 | $193.99 | $0.00 | $193.99 | | | |
| 722 | 23005 | EAST44 | 23-Jun-05 | 23-Jul-05 | $183.15 | $0.00 | $183.15 | | | |
| 755 | 25018 | EAST44 | 30-Jun-05 | 30-Jul-05 | $178.82 | $0.00 | $178.82 | | | |
| 756 | 25018 | EAST44 | 30-Jun-05 | 30-Jul-05 | $319.71 | $0.00 | $319.71 | | | |
| 757 | 25018 | EAST44 | 30-Jun-05 | 30-Jul-05 | $135.47 | $0.00 | $135.47 | | | |
| 768 | 25018 | EAST44 | 8-Jul-05 | 7-Aug-05 | $189.66 | $0.00 | $189.66 | | | |
| 769 | 25018 | EAST44 | 8-Jul-05 | 7-Aug-05 | $183.15 | $0.00 | $183.15 | | | |
| 779 | 25018 | EAST44 | 14-Jul-05 | 13-Aug-05 | $189.66 | $0.00 | $189.66 | | | |
| 793 | 25018 | EAST44 | 21-Jul-05 | 20-Aug-05 | $226.50 | $0.00 | $226.50 | | | |
| 794 | 25018 | EAST44 | 21-Jul-05 | 20-Aug-05 | $183.15 | $0.00 | $183.15 | | | |
| 834 | 25018 | EAST44 | 29-Jul-05 | 28-Aug-05 | $200.49 | $0.00 | $200.49 | | | |
| 835 | 25018 | EAST44 | 29-Jul-05 | 28-Aug-05 | $200.49 | $0.00 | $200.49 | | | |
| 836 | 25018 | EAST44 | 29-Jul-05 | 28-Aug-05 | $193.99 | $0.00 | $193.99 | | | |
| ** Vendor Total ** | | | | | $4,029.34 | $0.00 | $4,029.34 | | | |
| **Ghada M. Elmahdy** | | | | | | | | | | |
| Dec31-537 | 19489 | EAST44 | 31-Dec-04 | 31-Dec-04 | $2,650.00 | $2,150.00 | $500.00 | 1899 | 03-Feb-05 | $2,150.00 |
| ** Vendor Total ** | | | | | $2,650.00 | $2,150.00 | $500.00 | | | |
| **Leonard Power Steam** | | | | | | | | | | |
| 177377 | 23259 | EAST44 | 28-Jul-05 | 27-Aug-05 | $243.84 | $0.00 | $243.84 | | | |
| ** Vendor Total ** | | | | | $243.84 | $0.00 | $243.84 | | | |
| **Manhattan Apartment** | | | | | | | | | | |
| 1 | 25054 | EAST44 | 26-Jul-05 | 25-Aug-05 | $2,900.00 | $0.00 | $2,900.00 | | | |
| ** Vendor Total ** | | | | | $2,900.00 | $0.00 | $2,900.00 | | | |
| **Merit Kaplan Hardware** | | | | | | | | | | |
| 104979 | 22742 | EAST44 | 31-May-05 | 30-Jun-05 | $134.96 | $134.28 | $0.68 | 2047 | 06-Jun-05 | $134.28 |
| 105314 | 23005 | EAST44 | 1-Jun-05 | 1-Jul-05 | $100.08 | $0.00 | $100.08 | | | |

# PRE PETITION
## Oustanding Invoices
### AS OF 10/31/05

Report Date 31-Oct-05

Page 5

## EAST 44 REALTY, LLC.

| Invoice No | Batch # | | Invoice Date | DueDate | Invoice Amount | Paid Amount | O/S Balanc | Check No. | Check Date | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 105315 | 23005 | EAST44 | 1-Jun-05 | 1-Jul-05 | $78.09 | $0.00 | $78.09 | | | |
| 105316 | 23005 | EAST44 | 1-Jun-05 | 1-Jul-05 | $367.88 | $0.00 | $367.88 | | | |
| 105317 | 25078 | EAST44 | 1-Jun-05 | 1-Jul-05 | $80.08 | $0.00 | $80.08 | | | |
| 105318 | 25078 | EAST44 | 2-Jun-05 | 2-Jul-05 | $32.95 | $0.00 | $32.95 | | | |
| 106057 | 23005 | EAST44 | 15-Jun-05 | 15-Jul-05 | $17.02 | $0.00 | $17.02 | | | |
| 106611 | 23005 | EAST44 | 24-Jun-05 | 24-Jul-05 | $60.47 | $0.00 | $60.47 | | | |
| 106612 | 23005 | EAST44 | 24-Jun-05 | 24-Jul-05 | $72.45 | $0.00 | $72.45 | | | |
| 107421 | 23406 | EAST44 | 1-Jul-05 | 31-Jul-05 | $371.51 | $0.00 | $371.51 | | | |
| 108361 | 23406 | EAST44 | 25-Jul-05 | 24-Aug-05 | $205.42 | $0.00 | $205.42 | | | |
| 108941 | 25060 | EAST44 | 1-Aug-05 | 31-Aug-05 | $1,472.87 | $0.00 | $1,472.87 | | | |
| ** Vendor Total ** | | | | | $2,993.78 | $134.28 | $2,859.50 | | | |
| **Nathaniel Whitten** | | | | | | | | | | |
| Jan01-532 | 23077 | EAST44 | 1-Jan-05 | 1-Jan-05 | $1,700.00 | $0.00 | $1,700.00 | | | |
| ** Vendor Total ** | | | | | $1,700.00 | $0.00 | $1,700.00 | | | |
| **New York Community Bank** | | | | | | | | | | |
| 15-May | 23266 | EAST44 | 15-May-05 | 14-Jun-05 | $12,195.00 | $0.00 | $12,195.00 | | | |
| 6/23/05 | 23263 | EAST44 | 23-Jun-05 | 23-Jul-05 | $9,640.00 | $0.00 | $9,640.00 | | | |
| 408833 | 23265 | EAST44 | 20-Apr-05 | 20-May-05 | $1,311.00 | $0.00 | $1,311.00 | | | |
| 409198 | 23265 | EAST44 | 11-Apr-05 | 11-May-05 | $3,351.00 | $0.00 | $3,351.00 | | | |
| 411091 | 23265 | EAST44 | 17-May-05 | 16-Jun-05 | $4,569.00 | $0.00 | $4,569.00 | | | |
| 412622 | 23264 | EAST44 | 2-Jun-05 | 2-Jul-05 | $72,718.20 | $0.00 | $72,718.20 | | | |
| 413054 | 23264 | EAST44 | 16-Jun-05 | 16-Jul-05 | $7,873.90 | $0.00 | $7,873.90 | | | |
| ** Vendor Total ** | | | | | $111,658.10 | $0.00 | $111,658.10 | | | |
| **Precision elevator Corp.** | | | | | | | | | | |
| 1025650 | 25067 | EAST44 | 10-Jul-05 | 9-Aug-05 | $284.48 | $0.00 | $284.48 | | | |
| ** Vendor Total ** | | | | | $284.48 | $0.00 | $284.48 | | | |
| **Pro Elevator Inc.** | | | | | | | | | | |
| 5800 | 25072 | EAST44 | 1-Aug-05 | 31-Aug-05 | $704.44 | $0.00 | $704.44 | | | |
| ** Vendor Total ** | | | | | $704.44 | $0.00 | $704.44 | | | |

# PRE PETITION
## Oustanding Invoices
### AS OF 10/31/05

**EAST 44 REALTY, LLC.**

Report Date 31-Oct-05

Page 6

| Invoice No | Batch # | Invoice Date | DueDate | Invoice Amount | Paid Amount | O/S Balanc | Check No. | Check Date | Check Amount |
|---|---|---|---|---|---|---|---|---|---|
| **Rubin, Fiorella & Friedman LLP.** | | | | | | | | | |
| 25880 | EAST44 | 8-Apr-05 | 8-May-05 | $92.70 | $0.00 | $92.70 | | | |
| 26397 | EAST44 | 6-May-05 | 5-Jun-05 | $65.00 | $0.00 | $65.00 | | | |
| ** Vendor Total ** | | | | $157.70 | $0.00 | $157.70 | | | |
| **Symphany Cleaners Inc.** | | | | | | | | | |
| 23005 (6/30/05) | EAST44 | 30-Jun-05 | 30-Jul-05 | $148.72 | $0.00 | $148.72 | | | |
| 23406 (7/31/05) | EAST44 | 31-Jul-05 | 30-Aug-05 | $138.25 | $0.00 | $138.25 | | | |
| ** Vendor Total ** | | | | $286.97 | $0.00 | $286.97 | | | |
| **The Bag Lady** | | | | | | | | | |
| 416679 | 23259 EAST44 | 29-Jul-05 | 28-Aug-05 | $315.00 | $0.00 | $315.00 | | | |
| ** Vendor Total ** | | | | $315.00 | $0.00 | $315.00 | | | |
| *** Building Total *** | | | | $450,301.98 | $83,225.00 | 367,076.98 | | | |